IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                  Case No. 21-cv-88-jdp

$49,900.00 IN U.S. CURRENCY

AND

$27,700.00 IN U.S. CURRENCY,

        Defendants.

---

## DEFAULT JUDGMENT

The defendants and the potential claimants, having failed to appear, plead or otherwise defend in this action, and default having been entered October 12, 2021, and counsel for plaintiff having requested judgment against the defaulted defendants and potential claimants, and having filed a proper motion and declaration in accordance with the Federal Rule of Civil Procedure 55 (a) and (b);

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.    The Default Judgment is hereby entered whereby all right, title, and interest in the defendant $49,900.00 in U.S. currency and the defendant $27,700.00 in U.S. currency, is conveyed to the Plaintiff, United States of America.

2. The $49,900.00 in U.S. currency and the $27,700.00 in U.S. currency is to be disposed of according to law.

DATED: __NOVEMBER 30, 2021__

BY THE COURT:

_____
JAMES D. PETERSON
United States District Judge

Entered this __30th__ day of ~~October~~ *Nov.* 2021.

_____
PETER OPPENEER, Clerk of Court
United States District Court